FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-21-00516-CV

Lon E. **GRINAGE** & Marilyn Grinage,
Appellants

v.

Jason Phillip **THOMPSON** & Terrie Mylene Thompson,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW1900810
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief was due on July 1, 2022. On July 7, 2022, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to file an explanation for the delay.

On July 18, 2022, Appellant filed a response to the order to show cause and requested an extension of time to file the brief. This court's order to show cause is **satisfied**, and Appellant's motion for extension of time to file the brief is **granted**. **Appellant's brief is due twenty days from the date of this order. No further extensions of time will be granted**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court